**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 204 EAL 2020

             Respondent          :

                                  :   Petition for Allowance of Appeal
                                  :   from the Order of the Superior Court

             v.                     :

                                  :

CHRISTOPHER COTTLE,           :

                        :

             Petitioner            :

## ORDER

**PER CURIAM**

       **AND NOW**, this 23rd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.